**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Robin MCSWAIN, Defendant– Appellant.**

No. 05–12189

Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

Oct. 18, 2005.

Donald L. Colee, Jr., Law Office of Donald L. Colee, Jr., Birmingham, AL, for Defendant–Appellant.

Laura D. Hodges, Birmingham, AL, for Plaintiff–Appellee.

Before BIRCH, BARKETT and HILL, Circuit Judges.

PER CURIAM:

Donald L. Colee, Jr., counsel for Robin McSwain in this direct criminal appeal, has moved to withdraw from further representation of appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and the revocation of McSwain's supervised release and the resulting sentence are **AFFIRMED.**